IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-562-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    LAKHANA INGRAM,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Change of Plea Hearing set for August 22, 2011 is **VACATED AND RESET** for **September 9, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than noon on September 7, 2011.

Dated: August 18, 2011