IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-562-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    LAKHANA INGRAM,**

        Defendant.

---

**MINUTE ORDER
RE-SETTING TRIAL DATE**

---

Judge John L. Kane **ORDERS**

    This matter is set for **Final Trial Preparation Conference and Motions Hearing** is set for **October 14, 2011, at 10:00 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. In preparation for the Final Trial Preparation Conference, the parties shall submit their proposed jury instructions no later than October 7, 2011.

    A **5-day jury trial** is set for **October 24, 2011 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: September 14, 2011