IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-562-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. LAKHANA INGRAM,**

    Defendant.

---

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**

---

Judge John L. Kane **ORDERS**

  In light of the filing of Defendant's Second Notice of Disposition on September 22, 2011 (Doc. 36), the **Change of Plea Hearing** date is reset to **November 18, 2011 at 1:30 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Should Defendant wish to resubmit her "Statement in Advance of Change of Plea" and "Plea Agreement," both are due to Judge Kane's Chambers and to the Probation Department before noon on **November 14, 2011.**

  In light of Defendant's renewed Notice, the **October 14, 2011** Final Trial Preparation Conference date and the **October 24, 2011** trial date are both **VACATED.**

---

Dated:  September 29, 2011